GARNER UPHOLSTERY COMPANY, Respondent, v. MARTIN DI JOSEPH, Doing Business as GARNER UPHOLSTERY COMPANY, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order denying defendant's motion to dismiss the complaint in an action to recover for merchandise sold and delivered.) Present — McCurn, P. J., Vaughan, Kimball and Van Duser, JJ.

■

THOMAS C. BOBO et al., Respondents, v. EDWARD A. BESCH & SON et al., Appellants. (And Forty-nine Other Actions by Various Plaintiffs.) — Order affirmed, with $10 costs and disbursements. All concur. (Appeals from an order denying a motion for consolidation of fifty actions by owners of various parcels of realty to recover damages claimed to have resulted by blasting operations by defendants in the course of construction of the New York State Thruway.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

LOUISA STEVENS, as Limited Administratrix of the Estate of WILLARD STEVENS, Deceased, Respondent, v. ROCHESTER TRANSIT CORPORATION, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeals from an order granting plaintiffs' motion for a preference in an action for damages for the death of plaintiff's intestate and damages for conscious pain and suffering.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

HARRY JONES, Appellant, v. CITY OF ROCHESTER, Respondent.— Judgment reversed on the law and facts and a new trial granted, with costs to appellant to abide the event. Memorandum: · At the time of the assault Boryszewski was acting within the scope of his employment as a police officer of the City of Rochester and under the evidence it was for the jury to determine whether plaintiff's arrest and detention for alleged intoxication was justifiable and whether police officer Boryszewski while taking plaintiff to the police station inflicted an unjustifiable injury upon plaintiff. (McCarthy v. City of Saratoga Springs, 269 App. Div. 469; Young v. Village of Potsdam, 269 App. Div. 918, affd. 297 N. Y. 712; De Wald v. Seidenberg, 297 N. Y. 335; Daniels v. City of Syracuse, 200 Misc. 415.) All concur. (Appeal from a judgment dismissing the complaint in an action for assault and false arrest.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

THELMA M. BURNS et al., Respondents, v. CITY OF OLEAN, Appellant, et al., Defendant.— Order affirmed, with one bill of $10 costs and disbursements. All concur, Piper, J., not voting. (Appeal from an order denying motions by defendant city to dismiss plaintiff's complaint and to strike out parts thereof.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.